# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 0 8 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

J Alfredo Enriquez Penaran,

                Defendant.

Case No. **22-cr-00523-JLS**

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant (23cr1546) and the Court has granted the motion of the Government for dismissal of this case
- [ ] the Court has dismissed the case for unnecessary delay; or
- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or
- [ ] a jury has been waived, and the Court has found the defendant not guilty; or
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [x] of the offense(s) as charged in the Indictment/Information:

    21:952, 960 - Importation of Methamphetamine

Dated: 8/4/2023

Hon. Janis L. Sammartino
United States District Judge